# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### CERTIFIED COPY

I, Jeanne A. Naughton, Clerk of the United States Bankruptcy Court, certify that the attached is a true and full copy of the original now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at _____Camden_____, in this State of New Jersey on _April 9, 2026_____.



JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
         Deputy Clerk

*rev.1/4/17*

Case 26-13935-JNP    Doc 10    Filed 04/09/26    Entered 04/09/26 15:48:48    Desc
Certified Copy    Page 2 of 3

**DebtEdJT, DebtEd, MEANSU, IFP**

# U.S. Bankruptcy Court
## District of New Jersey (Camden)
### Bankruptcy Petition #: 26-13935-JNP

*Date filed:* 04/09/2026
*341 meeting:* 05/11/2026
*Deadline for objecting to discharge:* 07/10/2026
*Deadline for financial mgmt. course (db):* 07/10/2026
*Deadline for financial mgmt. course (jdb):* 07/10/2026

*Assigned to:* Judge Jerrold N. Poslusny Jr.
Chapter 7
Voluntary
No asset

*Debtor*
**Melissa Castillo Gonzalez**
1007 Dock Street
Millville, NJ 08332
CUMBERLAND-NJ
SSN / ITIN: xxx-xx-1933

represented by **Melissa Castillo Gonzalez**
PRO SE

*Joint Debtor*
**Danny Hernandez**
1007 Dock Street
Millville, NJ 08332
CUMBERLAND-NJ
SSN / ITIN: xxx-xx-5618

represented by **Danny Hernandez**
PRO SE

*Trustee*
**Douglas S. Stanger**
Douglas Stanger- Trustee
1810 Chapel Avenue West
Cherry Hill, NJ 08002-4609
609-645-1881

*U.S. Trustee*
**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
(973) 645-3014

| Filing Date | # | Docket Text |
|---|---|---|
| 04/09/2026 | 1 | Chapter 7 Voluntary Petition Filed by Melissa Castillo Gonzalez , Danny Hernandez . (kvr) Additional attachment(s) added on 4/9/2026 (Fitzgerald, Darlene). (Entered: 04/09/2026) |
| 04/09/2026 | 2 | Photo ID of pro se debtors filed. (def) (Entered: 04/09/2026) |

| Date | Doc | Description |
|---|---|---|
| 04/09/2026 | ● 3 | Statement of Social Security filed by Melissa Castillo Gonzalez , Danny Hernandez . (def) (Entered: 04/09/2026) |
| 04/09/2026 | ● 4 | Certificate of Credit Counseling filed by Melissa Castillo Gonzalez, Danny Hernandez. (def) (Entered: 04/09/2026) |
| 04/09/2026 | ● 5 | Application to Have Chapter 7 Filing Fee Waived. Filed by Melissa Castillo Gonzalez, Danny Hernandez. (def) (Entered: 04/09/2026) |
| 04/09/2026 | ● 6 | Initial Statement About an Eviction Judgment. Filed by Melissa Castillo Gonzalez, Danny Hernandez. (def) (Entered: 04/09/2026) |
| 04/09/2026 | ● 7 | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Notice of Appointment of Interim Trustee Stanger, Douglas S. with 341(a) meeting to be held on 5/11/2026 at 10:00 AM via Zoom - Stanger: join.zoom.us Meeting ID 393 300 2559, Passcode 9803965248, or call 1-609-264-3767. Financial Management Course Certificate Due7/10/2026. Financial Management Course Certificate for Joint Debtor Due7/10/2026. Last day to oppose discharge or dischargeability is 7/10/2026. (Entered: 04/09/2026) |
| 04/09/2026 | ● 8 | Order to Show Cause Why Case Should Not be Dismissed for re: Failure to File Missing Documents. Missing Documents: Summary of Assets/Liabilities and Stat Info - Individuals, Declaration About An Individuals Schedules, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income (122A-1), Means Test Calculation (122A-2) - If Applicable, Stmt of Exemption From Presumption of Abuse (122A-1 Supp) - If Applicable, Schedules A/B,C,D,E/F,G,H,I,J. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/9/2026. Hearing scheduled for 5/5/2026 at 10:30 AM, Zoom-Judge Poslusny: join.zoom.us Meeting ID 160 044 7672, Passcode 602555, or call 1-646-828-7666.. (def) (Entered: 04/09/2026) |
| 04/09/2026 | ● 9 | Order Granting Application To Have Chapter 7 Filing Fee Waived (Related Doc # 5). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/9/2026. (def) (Entered: 04/09/2026) |
| 04/09/2026 | ● 10 | Clerk's Notice of Service of Certified Copy of Docket Report pursuant to 11 U.S.C. section 362(l)(4)(B). The debtor has not complied with the certification requirement(s) of 11 U.S.C. section 362(l)(1). The exception to the automatic stay pursuant to 11 U.S.C. section 362(b)(22) applies. (def) (Entered: 04/09/2026) |