UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

Melissa Castillo Gonzalez
Danny Hernandez
1007 dock st apt 9
Millville NJ 08332
856-776-1203
melissa.castillo19@yahoo.com

In Re:
*[Enter the debtor's name(s)]*

Melissa Castillo Gonzalez
Danny Hernandez

Case No.: 26-13935
*[Enter the case number]*

Chapter: 7
*[Enter the chapter; example: 13]*

Hearing Date: _____
*[Enter the hearing date]*

Judge: _____
*[Enter the Judge's last name]*

## NOTICE OF MOTION TO

*[Enter the relief sought]* Vacate Order of dismissal and Reopen Case

*[Enter your name]* Danny Hernandez Melissa Castillo Gonzalez   has filed papers with the court to *[Enter the relief sought]* vacate the dismissal of my Chapter 7 case and reschedule my 341 meeting of creditors

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: 6/2/26
*[Enter the date of the hearing]*

Hearing Time: 11:00 AM
*[Enter the time of the hearing]*

Hearing Location: 400 Cooper St
*[Enter the location of the hearing]*
Camden, NJ
08101

Courtroom Number: 4C
*[Enter the courtroom number]*

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

*[Enter the trustee's name and address]* Douglas S. Stanger

*[Enter the name and address of all other parties who will be affected by this motion]*

1810 Chapel Avenue West, Cherry Hill NJ 08002

U.S Trustee
One Newark Center
1085 Raymond Blvd, Suite 2100
Newark NJ 07102

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 5-8-26
*[Enter the date this document is signed]*

Melissa C. Mompaly
Signature *[Of the party seeking relief]*