UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

Melissa Castillo Gonzalez
Danny Hernandez
1007 dock St apt 9
Millville NJ 08332
856 776-1203
melissa.castillo19@yahoo.com

In Re:
*[Enter the debtor's name(s)]*

Melissa Castillo Gonzalez
Danny Hernandez

Case No.: 26-13935
*[Enter the case number]*

Chapter: 7
*[Enter the chapter]*

Hearing Date: _____
*[Enter the hearing date]*

Judge: _____
*[Enter the judge's last name]*

**CERTIFICATION OF** Melissa Castillo Gonzalez  Danny Hernandez
*[Enter the name of the person that has personal knowledge of the facts set forth below]*

I, *[Enter the name of the person that has personal knowledge of the facts set forth below]*
Melissa Castillo Gonzalez + Danny Hernandez ____, *[Enter their relationship to the case. For example: debtor, creditor]* _____ in the above captioned case, submits this Certification in support of the Motion for *[Enter title of motion]* Vacating Order of dismissal and Reopening case _____ filed by me on *[Enter the date the motion was filed]* May 8, 2026

1. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* My Chapter 7 case was dismissed because prior to my scheduled 341 meeting on May 11, 2026

2. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* The dismissal occurred because the court was unable to reach me via mail due to an incorrect address

3. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* The original filing was missing my apartment number, causing official court notices to be returned to the court

4. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* I am ready to be able to attend the meeting on any reschedule dates.

5. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* I am filing this motion to vacate the dismissal so that I may proceed with my 341 meeting and complete my chapter 7 requirements.

I certify under penalty of perjury that the above is true.

Date: 5-8-2026
*[Enter the date this document is signed]*

Signature
*[Of the party with actual knowledge of the facts set forth above]*