UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*

Melissa Castillo Gonzalez
Danny Hernandez
1007 dock st apt 9
Millville NJ 08332
856-776-1203
melissa-castillo19@yahoo.com

In Re:
*[Enter the debtor's name(s)]*

Melissa Castillo Gonzalez
Danny Hernandez

Case No.: 26-13935
*[Enter the case number]*

Chapter: 7
*[Enter the chapter; example: 13]*

Hearing Date: _____
*[Enter the hearing date]*

Judge: _____
*[Enter the Judge's last name]*

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: 5-8-2026
*[Enter date this document is signed]*

Melissa C. Gonzalez
Signature *[Of party seeking relief]*