UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*

Melissa Castillo Gonzalez
Danny Hernandez
1007 dock st apt 9
Millville NJ 08332
856-776-1203
melissa.castillo19@yahoo.com

---

In Re:
*[Enter the debtor's name(s)]*

Melissa Castillo Gonzalez
Danny Hernandez

Case No.:   26-13935
*[Enter the case number]*

Chapter:   7
*[Enter the case number]*

Hearing Date:
*[Enter the hearing date]*

Judge:
*[Enter the Judge's last name]*

---

**ORDER GRANTING** Motion to Vacate Order of Dismissal and Reopen case
*[Enter the relief sought]*

The relief set forth on the following pages, numbered two (2) through *[enter the number of the last*

*page of this Order]* _____ is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the movant's *[Enter the title of the motion]* Motion to
Vacate Dismissal and Reopen Case, and any related responses or objections, it is
hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* The order of dismissal

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*